Katharine Battaia Clark
State Bar No. 24046712
Thompson Coburn LLP
2100 Ross Ave., Suite 3200
Dallas, Texas 75201
Phone: (972) 629-7100
Fax: (972) 629-7171
kclark@thompsoncoburn.com

Subchapter V Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| ECHELON CONSTRUCTION § | |
| AND MAINTENANCE LLC, § | CASE NO. 22-31669-MVL-11V |
| § | |
| DEBTOR. § | |

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Katharine Battaia Clark, having been appointed the Subchapter V Trustee of the debtor's estate in this case, report as follows: I collected funds totaling: $0 in this matter on behalf of the estate. The case was dismissed September 27, 2022 with no plan confirmed.

I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee in this matter.

Dated: February 17, 2023

THOMPSON COBURN LLP

By: */s/ Katharine Battaia Clark*
　　Katharine Battaia Clark
　　Texas Bar No. 24046712
　　2100 Ross Avenue, Ste. 3200
　　Dallas, Texas 75201
　　Phone:  972-629-7100
　　Fax:  972-629-7171
　　kclark@thompsoncoburn.com

　　SUBCHAPTER V TRUSTEE

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system and on the attached service list via regular U.S. Mail on this 17th day of February, 2023.

                                                /s/*Katharine Battaia Clark*
                                                Katharine Battaia Clark